# Court of Appeals
# of the State of Georgia

ATLANTA,  April 30, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1699.  JONATHAN D. REED v. THE STATE.**

In February 2007, Jonathan D. Reed pleaded guilty to kidnapping, aggravated assault, and hijacking a motor vehicle.  In January 2019, Reed filed a motion to set aside pursuant to OCGA § 9-11-60 (d) (1), asserting the trial court lack jurisdiction because the indictment was not properly returned by the grand jury in open court. The trial court dismissed the motion, and Reed filed this direct appeal.  We, however, lack jurisdiction.

First, "[i]t has been held many times that a motion to set aside a judgment is inappropriate in a criminal case." *Lacey v. State*, 253 Ga. 711 (324 SE2d 471) (1985). However, regardless of how it is styled, a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).  Because Reed is not authorized to collaterally attack his conviction in this manner, his appeal is hereby DISMISSED. See id; see also *Harper v. State*, 286 Ga. 216, 218 (1) & (2) (686 SE2d 786) (2009).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/30/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.